**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| **IN RE: Phenylpropanolamine (PPA) Products Liability Litigation** | ) ) | **No. MDL 1407** |
| ------------------------------------------------ | ) | **AFFIRMATION OF WILLIAM M. CUNNINGHAM, JR., REGARDING PRODUCT IDENTIFICATION** |
| **This document relates to Robert J. Nance, CV04-0394** | ) ) | |

I, William M. Cunningham, Jr., an attorney duly admitted to practice law in the State of Mississippi affirm, upon information and belief, that the following statements are true under penalties of perjury.

1. I submit this Affirmation pursuant to CMO # 13.

2. Plaintiff Robert J. Nance ingested Dimetapp-A Sinus which he alleges caused him to sustain personal injuries.

3. Plaintiff Robert J. Nance asserts that defendant Wyeth is the manufacturer of the PPA containing medicine that is identified in paragraph 2.

Respectfully submitted,

/s/ William M. Cunningham, Jr.
WILLIAM M. CUNNINGHAM, JR. (CUNNW0164)
Attorney for Plaintiff

**OF COUNSEL:**
Burns, Cunningham, Mackey & Fillingim, P.C.
50 St. Emanuel Street

Post Office Box 1583
Mobile, Alabama 36633
(251) 432-0612/Fax (251) 432-0625

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record via U.S Mail, postage prepaid and properly addressed on this the 17th day of March, 2004.

C. Joyce Hall, Esq.
Watkins & Eager, P.L.L.C.
P.O. Box 650
Jackson, Mississippi 39205

Donna B. Jacobs, Esq.
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, Mississippi 39225

/s/ William M. Cunningham, Jr.
WILLIAM M. CUNNINGHAM, JR.